[No. 1906-3.    Division Three.    January 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM L. FIFE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23966, Willard J. Roe, J., entered February 3, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 1823-3.    Division Three.    January 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ROCHESTER LACEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 19232, Walter A. Stauffacher, J., entered January 9, 1976. *Affirmed* by unpublished opinion per Munson, C. J., concurred in by Green and McInturff, JJ.

[No. 1805-3.    Division Three.    January 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY JOSEPH POSTEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23774, John J. Lally, J., entered December 5, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3459-1.    Division One.    January 24, 1977.]

PETER BRICEL, ET AL, *Respondents*, v. MORRIS ALLPER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 769781, David C. Hunter, J., entered November 13, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.